IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KAVON HEYWARD-JONES, )
)
    Plaintiff, )
)
v. ) CASE NO. CV419-092
)
OFFICER REID, SHERIFF JOHN )
WILCHER, and CHATHAM COUNTY )
SHERIFF'S OFFICE, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 8), to which no objections have been filed. After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's claims for sexual harassment and failure to protect are **DISMISSED WITHOUT PREJUDICE**. (Doc. 1 at 5-6.) Additionally, Defendants Sheriff John Wilcher and the Chatham County Sheriff's Office are **DISMISSED**. (Id.) The Clerk is **DIRECTED** to amend the caption accordingly. However, Plaintiff's claim for excessive force in violation of the Eighth Amendment against Officer Reid (Doc. 1 at 5) is **AUTHORIZED** for service and the Clerk is **DIRECTED**

to forward a copy of this Order, along with Plaintiff's Complaint, to the United States Marshal for service upon Officer Reid.

SO ORDERED this 25th day of October 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA